UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty, Esq.
Tomes & Hanratty, PC
1 West Main St., 3rd Fl.
Freehold, NJ 07728
732-333-0681

Order Filed on June 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elina Krasanova & Gennadiy Tranis

Case No.: 17-28854

Chapter: 13

Judge: CMG

## ORDER AUTHORIZING RETENTION OF

Edward Hanratty, Esq

The relief set forth on the following page is **ORDERED**.

**DATED: June 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain     Edward Hanratty, Esq.
as     Special Counsel    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Tomes & Hanratty, PC
   1 West Main St., 3rd Fl.
   Freehold, NJ 07728

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2