Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 17−28854−CMG
           Chapter: 7
           Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elina Krasnova                                             Gennadiy Tranis
   11 Scott Dr                                                      11 Scott Dr
   Morganville, NJ 07751−1024                   Morganville, NJ 07751−1024

Social Security No.:
   xxx−xx−8470                                              xxx−xx−4730

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

      ☑    debtor
      ☐    joint debtor

   received a discharge in case number 13−27695 , commenced on 8/12/2013. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before August 17, 2018 at

                                    U.S. Bankruptcy Court
                                    402 East State Street
                                    Trenton, NJ 08608

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Christine M. Gravelle on:

   DATE:         8/28/2018
   TIME:          10:00 AM
   COURTROOM:   3

Dated: July 27, 2018
JAN: las

                                                                           Jeanne Naughton
                                                                           Clerk