UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Elina Krasnova<br>Gennadiy Tranis | Case No.: 17-28854<br><br>Judge: Gravelle<br><br>Chapter: 7 |

# ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The relief set forth on the following page is hereby **ORDERED**.

DATED: 7/27/2018

Christine M. Gravelle
Judge, U. S. Bankruptcy Court

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Elina Krasnova  
Gennadiy Tranis  
    Debtors

Case No. 17-28854-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 27, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db/jdb        Elina Krasnova,    Gennadiy Tranis,    11 Scott Dr,    Morganville, NJ   07751-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:

          Albert   Russo     docs@russotrustee.com  
          Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Edward   Hanratty    on behalf of Plaintiff Elina   Krasnova thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com  
          Edward   Hanratty    on behalf of Debtor Elina   Krasnova thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com  
          Edward Nathan Vaisman    on behalf of Joint Debtor Gennadiy   Tranis defensecounsel@optonline.net, G20495@notify.cincompass.com  
          Edward Nathan Vaisman    on behalf of Debtor Elina   Krasnova defensecounsel@optonline.net, G20495@notify.cincompass.com  
          Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Trustee for New Century Alternative Mortgage Loan Trust 2006-ALT2 kralex@logs.com  
          Lauren Silver Zabel    on behalf of Defendant    Wells Fargo Home Mortgage lzabel@reedsmith.com  
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 11