UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 17-020357
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kaur - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR NEW CENTURY ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT2

IN RE:

ELINA KRASNOVA AND GENNADIY TRANIS, DEBTORS

Order Filed on August 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-28854-CMG

CHAPTER: 13

JUDGE: Honorable Christine M Gravelle

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: August 2, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of SHAPIRO & DENARDO, LLC, Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR NEW CENTURY ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT2 under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____    Land and premises commonly known as Lot 5 Block 181 f/k/a Lot 5 Block 50.C

Commonly known as 11 Scott Drive, Morganville (Marlboro Township), New Jersey 07751.

2. The movant may join the Debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtors, any trustee and other party who entered an appearance on the motion.

**It is further ORDERED that movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-28854-CMG
Elina Krasnova                                                                  Chapter 7
Gennadiy Tranis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 02, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db/jdb          Elina Krasnova,    Gennadiy Tranis,    11 Scott Dr,    Morganville, NJ  07751-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward Hanratty    on behalf of Plaintiff Elina  Krasnova thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward Hanratty    on behalf of Debtor Elina  Krasnova thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Gennadiy  Tranis defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              Edward Nathan Vaisman    on behalf of Debtor Elina  Krasnova defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 kralex@logs.com
              Lauren Silver Zabel    on behalf of Defendant    Wells Fargo Home Mortgage lzabel@reedsmith.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 11