Form 170 – ntchrgdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  17–28854–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elina Krasnova                                  Gennadiy Tranis
11 Scott Dr                                      11 Scott Dr
Morganville, NJ 07751–1024                       Morganville, NJ 07751–1024

Social Security No.:
xxx–xx–8470                                      xxx–xx–4730

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by The Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has
been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self–represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 11/6/18
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Dated: October 9, 2018
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-28854-CMG
Elina Krasnova                                                   Chapter 7
Gennadiy Tranis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 09, 2018
                             Form ID: 170          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
```
db/jdb      Elina Krasnova,  Gennadiy Tranis,  11 Scott Dr,  Morganville, NJ  07751-1024
lm          +US Bank National Association,  400 Felowship Rd,  Ste 100,  Mt. Laurel, NJ 08054-3437
517178459   +Alex Ladyzhensky and Nune Ladyzhensky,  C/O Christian V. McOmber, Esq.,
             54 Shrewsbury Ave - McOmber & McOmber,  Red Bank, NJ 07701-1113
517070595    American Servicing Company,  PO Box 10328,  Des Moines, IA  50306-0328
517070596    Bank Of America,  PO Box 4909,  Tampa, FL  33677-4909
517280619   +Cavalry SPV I, LLC,  Bass & Associates, P.C.,  3936 E. Ft. Lowell Road, Suite 200,
             Tucson, AZ 85712-1083
517070600    Esb/Harley Davidson Cr,  222 W Adams St,  Chicago, IL  60606-5312
517070601   +First Premier Bank,  601 S Minnesota Ave,  Sioux Falls, SD 57104-4868
517097003   +Harley-Davidson Credit Corp.,  PO Box 9013,  Addison, Texas 75001-9013
517070604   ++TOYOTA MOTOR CREDIT CORPORATION,  PO BOX 8026,  CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit Co,  4 Gatehall Dr Ste 350,
             Parsippany, NJ  07054-4522)
517596148    Toyota Lease Trust,  c/o Becket and Lee LLP,  PO Box 3001,  Malvern PA 19355-0701
517083587   +Toyota Lease Trust,  c/o Toyota Motor Credit Corporation,  PO Box 9013,
             Addison, Texas 75001-9013
517132478   +U.S. Bank National Association,  C/O Wells Fargo Bank, N.A.,  Attention Payment Processing,
             MAC# X2302-04C,  1 Home Campus,  Des Moines, Iowa 50328-0001
517482786    U.S. Bank National Association, as Trustee,  c/o Wells Fargo Bank, N.A., as Servicer,
             Default Document Processing N9286-01Y,  1000 Blue Gentian Road,  Eagan MN 55121-7700
517136045    Wells Fargo Bank, N.A.,  Default Document Processing,  MAC# N9286-01Y,
             1000 Blue Gentian Road,  Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2018 00:00:38     U.S. Attorney,  970 Broad St.,
             Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2018 00:00:36     United States Trustee,
             Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
             Newark, NJ 07102-5235
517070593    E-mail/Text: EBNProcessing@afni.com Oct 10 2018 00:00:42     Afni, Inc.,  PO Box 3097,
             Bloomington, IL  61702-3097
517070594    E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 10 2018 00:00:43     American Honda Finance,
             470 Granby Rd,  South Hadley, MA  01075-3218
517086600    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 10 2018 00:07:42
             BMW Financial Services NA, LLC,  P.O. Box 3608,  Dublin, OH  43016
517070597    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 10 2018 00:07:43     Bmw Financial Services,
             PO Box 3608,  Dublin, OH  43016-0306
517078266   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2018 00:07:42
             BMW Financial Services NA, LLC Department,  4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
517070598    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2018 00:07:41
             Capital One Bank USA N,  PO Box 85015,  Richmond, VA  23285-5015
517070599    E-mail/Text: electronicbkydocs@nelnet.net Oct 10 2018 00:00:40     Dept of Education/Neln,
             121 S 13th St,  Lincoln, NE  68508-1904
517274918    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2018 00:07:21
             LVNV Funding, LLC its successors and assigns as,  assignee of Capital One Bank (USA), N.A.,
             Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
517070603    E-mail/Text: M74banko@daimler.com Oct 10 2018 00:01:04     MB Financial Svs,
             36455 Corporate Dr,  Farmington Hills, MI  48331-3552
517070602    E-mail/Text: M74banko@daimler.com Oct 10 2018 00:01:04     Mb Fin Svcs,  36455 Corporate Dr,
             Farmington Hills, MI  48331-3552
517168161   +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2018 00:00:45     Premier Bankcard LLC,
             Jefferson Capital Systems LLC Assignee,  PO Box 7999,  St Cloud MN 56302-7999
517070974   +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 00:07:39     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
                                                                              TOTAL: 14
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3        User: admin            Page 2 of 2           Date Rcvd: Oct 09, 2018
                           Form ID: 170            Total Noticed: 29
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2018 at the address(es) listed below:
          Barry Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com
          Charles G. Wohlrab    on behalf of Creditor   U.S. Bank National Association, as Trustee for New
           Century Alternative Mortgage Loan Trust 2006-ALT2 cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edward  Hanratty    on behalf of Plaintiff Elina  Krasnova thanratty@tomeslawfirm.com,
           ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com
          Edward  Hanratty    on behalf of Defendant   Wells Fargo Home Mortgage thanratty@tomeslawfirm.com,
           ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com
          Edward  Hanratty    on behalf of Debtor Elina  Krasnova thanratty@tomeslawfirm.com,
           ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com;arely@tomeslawfirm.com
          Edward Nathan Vaisman    on behalf of Joint Debtor Gennadiy  Tranis defensecounsel@optonline.net,
           G20495@notify.cincompass.com
          Edward Nathan Vaisman    on behalf of Debtor Elina  Krasnova defensecounsel@optonline.net,
           G20495@notify.cincompass.com
          Krystin Miranda Kane    on behalf of Creditor   U.S. Bank National Association, as Trustee for New
           Century Alternative Mortgage Loan Trust 2006-ALT2 kralex@logs.com
          Lauren Silver Zabel    on behalf of Defendant   Wells Fargo Home Mortgage lzabel@reedsmith.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 12
```