UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  
Elina Krasnova  
Gennadiy Tranis  

Debtor(s)

Case no.: 17-28854  
Chapter: 7  
Judge: Gravelle

## CERTIFICATION OF NO OBJECTION

I \_\_\_\_\_Gary A. Nau\_\_\_\_\_, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):  
11 Scott Dr., Morganville, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 1/3/2019    By: Gary A. Nau

*rev.2/10/17*