Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 17−28854−CMG
    Chapter: 7
    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Elina Krasnova                                        Gennadiy Tranis
   11 Scott Dr                                                 11 Scott Dr
   Morganville, NJ 07751−1024               Morganville, NJ 07751−1024

Social Security No.:
   xxx−xx−8470                                          xxx−xx−4730

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: January 31, 2019
JAN: mrg

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28854-CMG
Elina Krasnova                                                          Chapter 7
Gennadiy Tranis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 31, 2019
                              Form ID: cscnodsc        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
```
db/jdb         Elina Krasnova,   Gennadiy Tranis,   11 Scott Dr,   Morganville, NJ 07751-1024
lm            +US Bank National Association,   400 Felowship Rd,   Ste 100,   Mt. Laurel, NJ 08054-3437
517178459     +Alex Ladyzhensky and Nune Ladyzhensky,   C/O Christian V. McOmber, Esq.,
                54 Shrewsbury Ave - McOmber & McOmber,   Red Bank, NJ 07701-1113
517070595      American Servicing Company,   PO Box 10328,   Des Moines, IA 50306-0328
517070596      Bank Of America,   PO Box 4909,   Tampa, FL 33677-4909
517280619     +Cavalry SPV I, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite 200,
                Tucson, AZ 85712-1083
517070600      Esb/Harley Davidson Cr,   222 W Adams St,   Chicago, IL 60606-5312
517070601     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517097003     +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
517070604    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054-4522)
517083587     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
517596148      Toyota Lease Trust,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517132478     +U.S. Bank National Association,   C/O Wells Fargo Bank, N.A.,   Attention Payment Processing,
                MAC# X2302-04C,   1 Home Campus,   Des Moines, Iowa 50328-0001
517482786      U.S. Bank National Association, as Trustee,   c/o Wells Fargo Bank, N.A., as Servicer,
                Default Document Processing N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
517136045      Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
                1000 Blue Gentian Road,   Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2019 21:50:56     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2019 21:50:55     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517070593      E-mail/Text: EBNProcessing@afni.com Jan 31 2019 21:50:57     Afni, Inc.,   PO Box 3097,
                Bloomington, IL 61702-3097
517070594      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 31 2019 21:50:57     American Honda Finance,
                470 Granby Rd,   South Hadley, MA 01075-3218
517086600      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 31 2019 21:58:04
                BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH 43016
517070597      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 31 2019 21:58:04     Bmw Financial Services,
                PO Box 3608,   Dublin, OH 43016-0306
517078266     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 31 2019 21:58:26
                BMW Financial Services NA, LLC Department,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
517070598      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2019 21:58:47
                Capital One Bank USA N,   PO Box 85015,   Richmond, VA 23285-5015
517070599      E-mail/Text: electronicbkydocs@nelnet.net Jan 31 2019 21:50:57     Dept of Education/Neln,
                121 S 13th St,   Lincoln, NE 68508-1904
517274918      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2019 21:58:06
                LVNV Funding, LLC its successors and assigns as,   assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517070603      E-mail/Text: M74banko@daimler.com Jan 31 2019 21:51:00     MB Financial Svs,
                36455 Corporate Dr,   Farmington Hills, MI 48331-3552
517070602      E-mail/Text: M74banko@daimler.com Jan 31 2019 21:51:00     Mb Fin Svcs,   36455 Corporate Dr,
                Farmington Hills, MI 48331-3552
517168161     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2019 21:50:58     Premier Bankcard LLC,
                Jefferson Capital Systems LLC Assignee,   PO Box 7999,   St Cloud MN 56302-7999
517070974     +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2019 21:58:04     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 14
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 31, 2019
                              Form ID: cscnodsc        Total Noticed: 29
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward  Hanratty    on behalf of Plaintiff Elina  Krasnova thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward  Hanratty    on behalf of Defendant    Wells Fargo Home Mortgage thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward  Hanratty    on behalf of Debtor Elina  Krasnova thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Gennadiy  Tranis vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Edward Nathan Vaisman    on behalf of Debtor Elina  Krasnova vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 kralex@logs.com
              Lauren Silver Zabel    on behalf of Defendant    Wells Fargo Home Mortgage lzabel@reedsmith.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```