UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Elina Krasnova & Gennadiy Tranis

Case No.: 17-28854
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Elina Krasnova & Gennadiy Tranis, Debtor, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Gravelle on 4/30/2019 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street, Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Elina Krasnova v Wells Fargo Home Mortgage
RESPA

Pertinent terms of settlement: $10,000 to be paid to Debtor, Debtor Attorney Fees and Damages to be paid by Defendant

Objections must be served on, and requests for additional information directed to:

Name: Edward Hanratty

Address: 1 West Main Street 3rd Fl, Freehold, NJ 07728

Telephone No.: 732-333-0681

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28854-CMG
Elina Krasnova                                                          Chapter 7
Gennadiy Tranis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Apr 01, 2019
                              Form ID: pdf905          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
```
db/jdb         Elina Krasnova,    Gennadiy Tranis,    11 Scott Dr,    Morganville, NJ 07751-1024
lm            +US Bank National Association,    400 Felowship Rd,    Ste 100,    Mt. Laurel, NJ 08054-3437
517178459     +Alex Ladyzhensky and Nune Ladyzhensky,    C/O Christian V. McOmber, Esq.,
               54 Shrewsbury Ave - McOmber & McOmber,    Red Bank, NJ 07701-1113
517070595      American Servicing Company,    PO Box 10328,    Des Moines, IA 50306-0328
517070596      Bank Of America,    PO Box 4909,    Tampa, FL 33677-4909
517280619     +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
               Tucson, AZ 85712-1083
517070600      Esb/Harley Davidson Cr,    222 W Adams St,    Chicago, IL 60606-5312
517070601     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517097003     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517070604    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
               Parsippany, NJ  07054-4522)
517083587     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517596148      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517132478     +U.S. Bank National Association,    C/O Wells Fargo Bank, N.A.,    Attention Payment Processing,
               MAC# X2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
517482786      U.S. Bank National Association, as Trustee,    c/o Wells Fargo Bank, N.A., as Servicer,
               Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517136045      Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 02 2019 00:33:55     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 02 2019 00:33:51     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517070593      E-mail/Text: EBNProcessing@afni.com Apr 02 2019 00:34:05     Afni, Inc.,    PO Box 3097,
               Bloomington, IL 61702-3097
517070594      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 02 2019 00:34:05     American Honda Finance,
               470 Granby Rd,    South Hadley, MA 01075-3218
517086600      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Apr 02 2019 00:36:49
               BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
517070597      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Apr 02 2019 00:37:07     Bmw Financial Services,
               PO Box 3608,    Dublin, OH 43016-0306
517078266     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 02 2019 00:37:27
               BMW Financial Services NA, LLC Department,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
517070598      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2019 00:36:47
               Capital One Bank USA N,    PO Box 85015,    Richmond, VA 23285-5015
517070599      E-mail/Text: electronicbkydocs@nelnet.net Apr 02 2019 00:33:56     Dept of Education/Neln,
               121 S 13th St,    Lincoln, NE 68508-1904
517274918      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2019 00:37:09
               LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517070603      E-mail/Text: M74banko@daimler.com Apr 02 2019 00:34:51     MB Financial Svs,
               36455 Corporate Dr,    Farmington Hills, MI 48331-3552
517070602      E-mail/Text: M74banko@daimler.com Apr 02 2019 00:34:51     Mb Fin Svcs,   36455 Corporate Dr,
               Farmington Hills, MI 48331-3552
517168161     +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 02 2019 00:34:12     Premier Bankcard LLC,
               Jefferson Capital Systems LLC Assignee,    PO Box 7999,    St Cloud MN 56302-7999
517070974     +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 00:36:45     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3              User: admin               Page 2 of 2                  Date Rcvd: Apr 01, 2019
                                  Form ID: pdf905           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Charles G. Wohlrab    on behalf of Creditor   U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward  Hanratty    on behalf of Plaintiff Elina  Krasnova thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward  Hanratty    on behalf of Defendant   Wells Fargo Home Mortgage thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward  Hanratty    on behalf of Joint Debtor Gennadiy  Tranis thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Gennadiy  Tranis vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Krystin Miranda Kane    on behalf of Creditor   U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 kralex@logs.com
              Lauren Silver Zabel    on behalf of Defendant   Wells Fargo Home Mortgage lzabel@reedsmith.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```