UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: 17-28854

Elina Krasnova
Gennadiy Tranis  : Chapter: 7

: Judge: Gravelle

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
$10,000.00 to be paid by Debtor, Debtor Attorney Fees and Damages to be paid by defendant

JEANNE A. NAUGHTON, Clerk

Date: 4/25/2019     By: Gary A. Nau

*rev.2/10/17*