Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–28854–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Elina Krasnova
11 Scott Dr
Morganville, NJ 07751–1024

Gennadiy Tranis
11 Scott Dr
Morganville, NJ 07751–1024

Social Security No.:
xxx–xx–8470

xxx–xx–4730

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 25, 2019

Christine M. Gravelle
Judge, United States Bankruptcy Court