| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Edward Hanratty<br>Law Office of Edward Hanratty<br>Freehold NJ 07728<br>732-301-4649 | |
| In Re:<br><br>Elina Krasnova & Gennadiy Tranis | Case No.: 17-28854<br><br>Hearing Date:<br><br>Judge: CMG<br><br>**NOTICE OF MOTION TO REOPEN DEBTORS BANKRUPTCY** |

The Debtor has filed papers with the court to Reopen Debtors Bankruptcy.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY YOU MAY WISH TO CONSULT ONE.**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

File with the court a written response at:

Clarkson S. Fischer Courthouse
U.S. Bankruptcy Court
402 East State St.
Trenton, NJ 08608
609-989-2200

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy to

Edward Hanratty
Law Office of Edward Hanratty
80 Court Street
Freehold NJ 07728

Trustee:

Albert Russo, Standing Ch 13 Trustee
1 AAA Drive
Robbinsville NJ 08691

Secured Creditors:

See Attached Service List


If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

The issue presented does not present a complex question of law or fact, and no brief is required.


Dated:  September 11, 2019               /s/ Edward Hanratty
                                         Edward Hanratty, Esq.