UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty
Law Office of Edward Hanratty
80 Court Street
Freehold NJ 07728
732-301-4649

Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elina Krasnova & Gennadiy Tranis

Case No.: 17-28854

Chapter: 7

Judge: CMG

# ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____ **Debtor** _____ for the reduction of time for a hearing on  **Motion to Reopen Bankruptcy Case** _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____**October 8, 2019**_____ at __**10:00 am**__ in the United States Bankruptcy Court, ___**402 East State Street Trenton NJ  08608**___, Courtroom No. **3**___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
**trustee, debtor and creditors**
_____

by ☒ each, ☐ any of the following methods selected by the Court:

   ☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

   ☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

   ☐ on the same day as the date of this order, or

   ☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

   ☐ is not required

   ☒ must be provided to ___**secured creditors**_____

   ☐ on the same day as the date of this Order, or

   ☒ within __1__ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*