**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty
Law Office of Edward Hanratty
80 Court Street
Freehold NJ 07728
732-301-4649

In Re:

Elina Krasnova & Gennadiy Tranis

Order Filed on September 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-28854

Chapter: 7

Judge: CMG

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of _____ Debtor _____ for the reduction of time for a hearing on  Motion to Reopen Bankruptcy Case _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

    ORDERED as follows:

    1. A hearing will be conducted on the matter on ____October 8, 2019____ at _10:00 am_ in the United States Bankruptcy Court, ____402 East State Street Trenton NJ  08608____, Courtroom No. _3___ .

    2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: trustee, debtor and creditors _____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

    ☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

    3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

    ☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

    4. Service must be made:

    ☐ on the same day as the date of this order, or

    ☒ within __1__ day(s) of the date of this Order.

    5. Notice by telephone:

    ☐ is not required

    ☒ must be provided to ____secured creditors_____

    ☐ on the same day as the date of this Order, or

    ☒ within __1__ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 17-28854-CMG
Elina Krasnova                                                                           Chapter 7
Gennadiy Tranis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1                Date Rcvd: Sep 18, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db/jdb          Elina Krasnova,    Gennadiy Tranis,    11 Scott Dr,    Morganville, NJ  07751-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Barry   Frost    trustee@teichgroh.com,    NJ94@ecfcbis.com;frost@remote7solutions.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Plaintiff Elina  Krasnova thanratty@tomeslawfirm.com,
               aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Defendant    Wells Fargo Home Mortgage thanratty@tomeslawfirm.com,
               aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Joint Debtor Gennadiy  Tranis thanratty@tomeslawfirm.com,
               aaguirre@centralnewjerseybankruptcylawyer.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Gennadiy  Tranis vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 kralex@logs.com
              Lauren Silver Zabel    on behalf of Defendant    Wells Fargo Home Mortgage lzabel@reedsmith.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11