**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Elina Krasnova

Case No.: 17-28854-CMG

Hearing Date: 10/8/2019

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
to Reopen Case

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____September 18_____, 20 _19_ by _the debtors_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 17-28854-CMG
Elina Krasnova                                                    Chapter 7
Gennadiy Tranis
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Oct 09, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db/jdb         Elina Krasnova,    Gennadiy Tranis,    11 Scott Dr,    Morganville, NJ   07751-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Barry   Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com;frost@remote7solutions.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Plaintiff Elina   Krasnova thanratty@tomeslawfirm.com,
               aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Defendant    Wells Fargo Home Mortgage thanratty@tomeslawfirm.com,
               aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Joint Debtor Gennadiy   Tranis thanratty@tomeslawfirm.com,
               aaguirre@centralnewjerseybankruptcylawyer.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Gennadiy   Tranis vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Krystin Miranda Kane    on behalf of Creditor    U.S. Bank National Association, as Trustee for New
               Century Alternative Mortgage Loan Trust 2006-ALT2 kralex@logs.com
              Lauren Silver Zabel    on behalf of Defendant    Wells Fargo Home Mortgage lzabel@reedsmith.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11